UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19CV02037-GW (SHK) | Date: | January 14, 2020 |
| Title: | *Marvin Vernardes v. DHS, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**

On January 13, 2020, the Court received Respondent's Opposition where it further informs the Court that there has been a typographical error in Petitioner's name. Petitioner's name is listed as "Marvin Vernardes" in his Declaration in Support of Request to Proceed in Forma Pauperis and his removal documents. The Clerk is directed to update the Court's docket and records to the correct spelling of Petitioner's name from "Manvim Venmandes" to "Marvin Vernardes."

**IT IS SO ORDERED.**